## 37021. SMITH v. FORRESTER.

The judgment of the trial court is affirmed without opinion pursuant to Rule 59.

*All the Justices concur.*

DECIDED MAY 13, 1981.

*Reuben A. Garland, Jr.,* for appellant.
*J. Nathan Deal,* for appellee.